UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES E. STINNETT,<br><br>             Plaintiff,<br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>           Defendant. | No.  CV-13-3115-FVS<br><br>JUDGMENT IN A<br>CIVIL CASE |

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED.**  The matter is remanded to the Commissioner for additional proceedings pursuant to sentence four 42 U.S.C. SECTION 405(g).   Defendant's Motion for Summary Judgment is **DENIED**.   Judgment is entered for Plaintiff.

DATED:  December 4, 2014

SEAN F. McAVOY
Clerk of Court

By: _s/Penny Lamb_
   Deputy Clerk

**1 | JUDGMENT IN A CIVIL CASE**